ACCEPTED
03-14-00529-CV
4278393
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/25/2015 12:56:45 PM
JEFFREY D. KYLE
CLERK

# No. 03-14-00529-CV

_____

## In the Third Court of Appeals

_____

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/25/2015 12:56:45 PM
JEFFREY D. KYLE
Clerk

**JEROME J. ISAAC AND MICHELLE P. ISAAC**,

*Appellants*,

**v.**

**VENDOR RESOURCE MANAGEMENT, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND CITIMORTGAGE, INC.**,

*Appellees*.

_____

*On Appeal from Cause No. 13-0472-C26*
*26th District Court, Williamson County, Texas*
*Hon. Billy Ray Stubblefield, Judge Presiding*

---

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF OF APPELLEES

---

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 38.6(d), Appellees, CitiMortgage, Inc. and Mortgage Electronic Registration Systems, Inc. respectfully move the Court to extend the time for filing its Appellees' Brief by 30 days to April 3, 2015. The grounds for the motion are as follows:

1. <u>Background</u>: The Clerk's Record in this appeal was filed on November 6, 2014. The Reporter's Record was filed on November 17, 2014. Appellants' brief was filed on February 2, 2015 after an unopposed extension.

2. Appellees respectfully request a 30-day extension of time to complete and file their Appellees' brief currently due on March 4, 2015. Appellees have not received any extensions on their brief.

3. <u>Grounds for the extension</u>:

(a) Susan Kidwell, as lead appellate counsel, has primary responsibility for preparing Appellees' brief. Ms. Kidwell has a number of commitments during the briefing period that have impeded Appellees' ability to prepare their brief by the current deadline. These commitments include:

02/12/15    No. 14-0892; *Garcia v. King Ranch, Inc.*; in the Supreme Court of Texas – **Response to Petition for Review** filed.

03/09/15    No. B257970; *Davis v. Farmers Insurance Exchange*; in the Court of Appeal of the State of California, Second Appellate District – **Respondents' Brief** due.

04/03/15    No. 14-774; *Myer v. Americo Life, Inc.*; in the Supreme Court of the United States – **Brief in Opposition to Petition for Writ of Certiorari** due.

(b) John Ellis is also responsible for preparing Appellees' brief. Mr. Ellis also has a number of commitments during the briefing period that have impeded Appellees' ability to prepare their brief by the current deadline. These commitments include:

1

02/12/15    No. 5:14-cv-00337-DAE, *Garrison v. Select Portfolio Servicing, Inc.*; in the United States District Court for the Western District of Texas - **Motion for Summary Judgment** filed.

02/18/15    No. 2014-CI-01399, *Griffith v. Deutsche Bank National Trust Company f/k/a Bankers Trust Company of California, N.A. as Trustee for Long Beach Mortgage Loan Trust 2001-2*; in the 224th Judicial District Court, Bexar County, Texas – **Motion for Summary Judgment** filed; hearing anticipated in March 2015.

02/25/15    No. 5:14-cv-0943-RP; *Jones w. Wells Fargo Bank, N.A.*; in the United States District Court for the Western District of Texas – **Response to Motion to Amend or Alter Judgment** due.

02/27/15    No. C-1-PB-14-001454; *Dao v. Dinh*; in the Statutory Probate Court, Travis County, Texas – **Objections and responses to more than 500 written discovery requests** due.

03/04/15    No. C2013-1445C, *Schuetz v. Source One Mortgage Services Corporation*; in the 274th Judicial District Court, Comal County, Texas – **Response to Motion for Summary Judgment** due.

03/11/15    No. C2013-1445C, *Schuetz v. Source One Mortgage Services Corporation*; in the 274th Judicial District Court, Comal County, Texas – **Hearing on parties' Motions for Summary Judgment**.

03/27/15    Course Director, State Bar of Texas Continuing Legal Education Program entitled *Building Your Career: A Guide for New Lawyers*, Austin, Texas

4.    This is the first extension request.

5.    Counsel for the other parties to this appeal have indicated that they are unopposed to this Motion.

### PRAYER

WHEREFORE, Appellees CitiMortgage, Inc. and Mortgage Electronic Registration Systems, Inc. pray that this Motion be granted and that the time for

filing their Appellees' Brief be extended by 30 days to April 3, 2015. Appellees also pray for such other and further relief to which they may be entitled at law or in equity.

Respectfully submitted,

**LOCKE LORD LLP**

By: /s/ Susan A. Kidwell

Susan A. Kidwell
  State Bar No. 24032626
  skidwell@lockelord.com
B. David L. Foster
  State Bar No. 24031555
  dfoster@lockelord.com
John W. Ellis
  State Bar No. 24078473
  jellis@lockelord.com
LOCKE LORD LLP
600 Congress Avenue, Suite 2200
Austin, Texas 78701
Telephone: (512) 305-4700
Facsimile: (512) 305-4800

Robert T. Mowrey
  State Bar No. 14607500
  rmowrey@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**COUNSEL FOR CITIMORTGAGE, INC. AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.**

3

## CERTIFICATE OF CONFERENCE

I hereby certify that on February 24, 2015, I contacted Mr. Michael Brinkley, counsel for Appellants, by email and Mr. Brinkley informed me that Appellants do not oppose this motion.  I also certify that on February 25, 2015, I contacted Mr. Christopher Ferguson, counsel for Appellee Vendor Resource Management, Inc., by email and Mr. Ferguson informed me that VRM does not oppose to this motion.

/s/ John W. Ellis

John W. Ellis

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2015, a true and correct copy of the foregoing was served via EFileTx.Gov e-service upon the following:

| | |
|---|---|
| Mr. Michael Brinkley | Christopher S. Ferguson |
| michael@brinkleypllc.com | chris@jackoboyle.com |
| BRINKLEY LAW PLLC | JACK O'BOYLE & ASSOCIATES |
| P. O. Box 820711 | P. O. Box 815369 |
| Fort Worth, Texas 76182 | Dallas, Texas 75381 |
| *Counsel for Michelle P. Isaac and Jerome J. Isaac* | *Counsel for Vendor Resource Management, Inc.* |

/s/ Susan A. Kidwell

Susan A. Kidwell